# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLON LORENZO BROWN,
               Appellant,

vs.

THE STATE OF NEVADA DIVISION
OF INSURANCE,
               Respondent.

No. 79968

**FILED**

JAN 0 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's pro se motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_Pickering_, C.J.

cc:    Hon. Gloria Sturman, District Judge
       Marlon Lorenzo Brown
       Attorney General/Carson City
       Attorney General/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

20-00647